IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Starling Monn'a Wilmore, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 09-958-TLW-PJG |
| | ) | |
| Commissioner of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

# ORDER

Plaintiff has brought this action against the Social Security Administration seeking, "Claim for my Social Security disability and that I've been back to my doctor and I now have new evidence that prove I am eligible for my disability now." (Pro Se Complaint Form). Plaintiff asks the court to look over "my old medical records again and, also my new medical information." Id. This matter is before the Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Paige J. Gossett, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(a), (D.S.C.). In the Report, the Magistrate Judge recommends that this action be dismissed with prejudice for lack of prosecution. (Doc. # 20). The Report was filed on November 24, 2009. Plaintiff filed no objections. Objections were due by December 14, 2009.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required

to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** as to dismissal**.** (Doc. # 20). Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this case is dismissed without prejudice and does not operate as an adjudication on the merits.

    **IT IS SO ORDERED**.

    s/Terry L. Wooten
    United States District Judge

February 12, 2010
Florence, South Carolina